UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

FIREMAN'S FUND INSURANCE COMPANY, as subrogee of Pasquale Pantone and Kathleen May Neal

Plaintiff,

vs.

COUNTY CENTER ROOFING CO., INC.

Defendant.

CASE NO.:

**07 CIV 8846**

JUDGE BRIEANT

RULE 7.1 STATEMENT

Pursuant to Rule 9 of the General Rules of the Federal Rules of Civil Procedure [formerly Local General Rule 1.9] and to enable judges and magistrates of the court to evaluate possible disqualifications or recusal, the undersigned attorney of record for the Plaintiff, Fireman's Fund Insurance Company, (a private non-governmental party) certifies that the following is the corporate parent of said party, which is publicly held:

**ALLIANZ OF AMERICA, INC. (PARENT COMPANY)**

**SEE ATTACHED**

Dated: October 12, 2007
       New York, New York

                            Respectfully submitted,

                            COZEN O'CONNOR

                            BY: _____
                            ROBERT W. PHELAN, ESQUIRE
                            Attorney Bar Code # RP3825
                            45 Broadway Atrium, Suite 1600
                            New York, NY 10006
                            (212) 509-9400

                            *Attorneys for Plaintiff*

### 2005 REINSURANCE RECOVERABLES ($000)

|  | Paid & Unpaid Losses | IBNR | Unearned Premiums | Other Recov* | Total Reins Recov |
|---|---|---|---|---|---|
| US Affiliates | 3,377,714 | 2,190,645 | 1,677,513 | -6 | 7,245,866 |
| Foreign Affiliates | 112,676 | 1,432,554 | 13,516 | ... | 1,558,746 |
| US Insurers | 470,278 | 613,003 | 79,156 | -78 | 1,162,359 |
| Pools/Associations | 142,117 | 35,424 | 2,016 | -3,208 | 176,349 |
| Other Non-US | 204,977 | 194,604 | 5,132 | -2,322 | 402,391 |
| Total (ex US Affils) | 930,048 | 2,275,585 | 99,820 | -5,608 | 3,299,845 |
| Grand Total | 4,307,762 | 4,466,230 | 1,777,333 | -5,614 | 10,545,711 |

\* Includes Commissions less Funds Withheld

### INVESTMENT LEVERAGE ANALYSIS (% OF PHS)

|  | Company | | | | | | Industry Composite | |
|---|---|---|---|---|---|---|---|---|
| Period Ending | Class 3-6 Bonds | Real Estate/ Mtg. | Other Invested Assets | Common Stocks | Non-Affil. Inv. Lev. | Affil. Inv. | Class 3-6 Bonds | Common Stocks |
| 2001 | 17.0 | ... | 13.2 | 89.7 | 119.9 | 69.8 | 10.4 | 24.1 |
| 2002 | 18.6 | 0.2 | 9.7 | 69.4 | 98.0 | 67.3 | 10.3 | 17.9 |
| 2003 | 12.3 | ... | 7.0 | 22.6 | 41.8 | 63.7 | 8.5 | 19.2 |
| 2004 | 7.3 | 0.2 | 15.2 | 14.5 | 37.2 | 45.8 | 6.8 | 19.7 |
| 2005 | 2.8 | 0.4 | 7.0 | 27.9 | 38.1 | 20.0 | 6.9 | 18.5 |

### HISTORY

The Fireman's Fund Insurance Companies are led by the Fireman's Fund Insurance Company which commenced operations in 1864. The San Francisco Reinsurance Company was organized in 1956 and Fireman's Fund Insurance Company of Texas was incorporated in 1962. In 1963, The American Insurance Company and two affiliates, American Automobile Insurance Company (currently a subsidiary of Fireman's Fund Insurance Company, Novato, CA) and its subsidiary Associated Indemnity Corporation, were acquired. The National Surety Corporation was formed in 1970. In 1979, the formation of Fireman's Fund Insurance Companies of Georgia, Nebraska and Wisconsin occurred. In 1980, Fireman's Fund Insurance Company of Ohio was acquired and Fireman's Fund Insurance Company of Hawaii, Inc. was organized. In 1981, the Interstate Fire & Casualty Company, and its two subsidiaries, Chicago Insurance Company and Interstate Indemnity Company were purchased and Fireman's Fund Insurance Company of Louisiana and Southern Fund Insurance Corporation were incorporated. Formation of Fireman's Fund Indemnity Corporation and Parkway Insurance Company took place in 1983. During 1988, Warner Insurance Company became a member of the Fireman's Fund Insurance Companies. In 1988, Southern Guaranty Insurance Company, acquired in 1980, and Southern Guaranty Insurance Company of Georgia, incorporated in 1981, were sold and Southern Fund Insurance Corporation became a wholly-owned subsidiary of Fireman's Fund Insurance Company. In 1989, Vintage Insurance Company was formed. In 1991, Midway Insurance Company of Illinois was organized. In 1992, Southern Fund Insurance Corporation was sold to Southern Guaranty Insurance Company and Fireman's Fund Insurance Company of Missouri was formed. In 1997 both Dawson Hail Insurance Company, and Plains Insurance Company were acquired, and both sold in 1999. Fireman's Fund Insurance Company of Texas and Fireman's Fund Insurance Company of Wisconsin were both sold in 2005.

### MANAGEMENT

Effective November 1, 1997, Fireman's Fund Insurance Company and subsidiaries became a wholly-owned subsidiary of Allianz Global Risks U.S. Insurance Company (known as Allianz Insurance Company prior to July 9, 2003), a subsidiary of Allianz of America, Inc. which, in turn, is a subsidiary of Allianz Aktiengesellschaft (Allianz AG), Munich, Germany. Prior to November 1, 1997, the Fireman's Fund had been a wholly-owned subsidiary of Allianz of America, which had acquired control of the company on January 2, 1991 from The Fund American Companies, Inc.

Administration of the group's affairs has been under the direction of Charles Kavitsky, CEO, since May 2004. Previously, Mr. Kavitsky served as president of the affiliated Allianz Life Insurance Company in Minneapolis, MN, where he was a member of senior management for a number of years. Mr. Kavitsky reports to Mr. Jan Carendi, chairman of Fireman's board and a Member of the Allianz AG Board of Management in charge of the NAFTA region. Mr. Carendi is a seasoned insurance executive with extensive experience in the United States, Latin America and Europe.

### REGULATORY

Territory: The individual member companies of the group collectively operate in DC, Puerto Rico and all states. In addition, operations are also conducted in foreign countries through its affiliates.

### REINSURANCE PROGRAMS

The group currently maintains corporate reinsurance catastrophe protection for all losses arising from a single occurrence as follows: 60% of $100 million excess $200 million; 80% of $100 million excess $300 million, 90% [of $100] million excess $400 million, 100% of $825 million excess of $1.1 [billion]. Property and casualty per risk reinsurance coverage is also available [for] million excess of $15 million and $40 million excess of $10 [million] respectively. A workers' compensation cover provides additional p[rotection] for 75% of $100 million excess of $100 million. Marine coverage is [available] for $95 million excess of $5 million. The target retention on a net basis [for] one risk is $15M. The property per risk, casualty per risk, w[orkers'] compensation and marine covers provide protection for non-certified [terrorism] and, on a more limited basis, for certified events of terrorism. Addi[tionally,] the group has coverage for 80% of $250 million excess of $250 mill[ion for] certified terrorism coverage, inuring to the benefit of the certified ter[rorism] coverage provided for in the corporate catastrophe treaties.

### CONSOLIDATED BALANCE SHEET
(at December 31, 2005)

#### ADMITTED ASSETS ($000)

|  | 12/31/05 | 12/31/04 | '05% |
|---|---|---|---|
| Bonds | 8,057,902 | 7,571,630 | 66.7 |
| Preferred stock | 13,706 | 14,301 | 0.1 |
| Common stock | 796,282 | 426,710 | 6.6 |
| Cash & short-term invest | -180,800 | -133,412 | -1.5 |
| Other non-affil inv asset | 212,319 | 452,620 | 1.8 |
| Investments in affiliates | 571,745 | 1,343,508 | 4.7 |
| Real estate, offices | ... | 203 | ... |
| Total invested assets | 9,471,153 | 9,675,559 | 78.4 |
| Premium balances | 965,230 | 998,472 | 8.0 |
| Accrued interest | 80,913 | 84,581 | 0.7 |
| All other assets | 1,558,820 | 1,440,756 | 12.9 |
| Total assets | 12,076,116 | 12,199,368 | 100.0 |

#### LIABILITIES & SURPLUS ($000)

|  | 12/31/05 | 12/31/04 | '05% |
|---|---|---|---|
| Loss & LAE reserve | 5,881,374 | 5,339,985 | 48.7 |
| Unearned premiums | 1,870,382 | 1,867,740 | 15.5 |
| Conditional reserve funds | 193,325 | 110,871 | 1.6 |
| All other liabilities | 1,276,834 | 1,946,666 | 10.6 |
| Total liabilities | 9,221,915 | 9,265,262 | 76.4 |
| Total policyholders' surplus | 2,854,201 | 2,934,106 | 23.6 |
| Total liabilities & surplus | 12,076,116 | 12,199,368 | 100.0 |

### CONSOLIDATED SUMMARY OF 2005 OPERATIONS ($000)

| Statement of Income | 12/31/05 | Funds Provided from Operations | 12/31/05 |
|---|---|---|---|
| Premiums earned | 4,326,650 | Premiums collected | 4,371,1[##] |
| Losses incurred | 2,372,377 | Benefit & loss related pmts | 1,898,[###] |
| LAE incurred | 514,604 |  |  |
| Undrw expenses incurred | 1,278,384 | LAE & undrw expenses paid | 1,722,[###] |
| Div to policyholders | -807 | Div to policyholders | 2,7[##] |
| Net investment income | 492,700 | Investment income | 536,1[##] |
| Other income/expense | -52,307 | Other income/expense | -6,7[##] |
| Realized capital gains | 51,467 |  |  |
| Income taxes incurred | -15,546 | Income taxes pd (recov) | 19,6[##] |
| Net income | 669,498 | Net oper cash flow | 1,199,[###] |

— ♦ —

**Allianz of America, Inc**
**FIREMAN'S FUND INSURANCE COMPANY**
777 San Marin Drive, Novato, CA 94998
Web: www.firemansfund.com

Tel: 415-899-2000   Fax: 415-899-36[##]
AMB#: 02179   NAIC#: 21873
FEIN#: 94-1610280

### BEST'S RATING

Based on our opinion of the consolidated Financial Strength of the members of Fireman's Fund Insurance Companies, which operate under a business pooling arrangement, each pool member is assigned a Best's Rating of A (Excellent). The company is assigned the Financial Size Category of Class XV, which is the Financial Size Category of the pool. Refer to the Preface for a complete explanation of Best's Rating system and procedure.

## RATING RATIONALE

For a detailed discussion of the rating rationale, refer to the report of Fireman's Fund Insurance Companies.

**Best's Rating: A p**                                **Outlook: Stable**

### FIVE YEAR RATING HISTORY
Rating as of July 24, 2006: A p

| Date | Best's Rating | Date | Best's Rating |
|---|---|---|---|
| 07/22/05 | A p | 08/29/01 | A p |
| 06/21/04 | A p | 04/02/01 | A++g |
| 04/17/03 | A p | 11/03/00 | A++g |
| 09/20/02 | A pu | | |

### KEY FINANCIAL INDICATORS ($000)

Statutory Data

| Period Ending | Direct Premiums Written | Net Premiums Written | Pretax Operating Income | Net Income | Total Admitted Assets | Policy-holders' Surplus |
|---|---|---|---|---|---|---|
| 2001 | 1,864,669 | 3,046,953 | -432,717 | -581,239 | 10,359,746 | 1,945,394 |
| 2002 | 1,739,663 | 1,867,443 | -966,674 | -1,171,691 | 10,268,593 | 2,239,490 |
| 2003 | 1,776,041 | 3,007,697 | 107,039 | 117,658 | 10,635,512 | 2,858,866 |
| 2004 | 1,747,899 | 3,157,707 | 241,305 | 231,008 | 9,913,245 | 2,930,106 |
| 2005 | 2,005,078 | 3,220,975 | 421,148 | 487,582 | 9,695,634 | 2,850,201 |

| Period Ending | Comb. Ratio | Inv. Yield (%) | Pretax ROR (%) | NA Inv Lev | NPW to PHS | Net Lev. | Overall Liq. (%) | Oper. Cash-flow (%) |
|---|---|---|---|---|---|---|---|---|
| 2001 | 122.3 | 3.7 | -14.6 | 113.7 | 1.6 | 5.8 | 124.8 | 93.9 |
| 2002 | 157.2 | 3.6 | -51.1 | 84.2 | 0.8 | 4.4 | 130.0 | 66.0 |
| 2003 | 102.8 | 4.3 | 3.7 | 33.3 | 1.1 | 3.7 | 138.9 | 99.7 |
| 2004 | 97.6 | 4.2 | 7.7 | 29.4 | 1.1 | 3.4 | 144.0 | 123.6 |
| 2005 | 96.2 | 4.6 | 13.1 | 34.7 | 1.1 | 3.5 | 145.0 | 137.6 |
| 5-Yr | 111.5 | 4.1 | -4.5 | ... | ... | ... | ... | ... |

(*) Data reflected within all tables of this report has been compiled from the company-filed statutory statement. Within several financial tables of this report, this company is compared against the Commercial Casualty Composite.

### BUSINESS REVIEW

For a detailed discussion of business review, refer to the report of Fireman's Fund Insurance Companies.

**Affiliations:** American Hull Insurance Syndicate, American Nuclear Insurers, Associated Aviation Underwriters, and Cargo Reinsurance Association.

### 2005 BUSINESS PRODUCTION AND PROFITABILITY ($000)

| Line | Premiums Written Direct | Premiums Written Net | % of Total NPW | Pure Loss Ratio | Loss & LAE Res. |
|---|---|---|---|---|---|
| MultiPeril | 252,194 | 660,034 | 20.5 | 41.0 | 608,291 |
| Occur | 190,968 | 497,654 | 15.5 | 40.0 | 944,252 |
| Oters | 238,020 | 417,628 | 13.0 | 60.7 | 166,574 |
| Lines | 499,608 | 352,880 | 11.0 | 78.4 | 285,944 |
| Marine | 411,513 | 336,209 | 10.4 | 30.9 | 67,922 |
| Comp | 21,840 | 165,346 | 5.1 | 64.7 | 1,071,438 |
| Marine | 195,615 | 130,196 | 4.0 | 53.1 | 96,492 |
| Cl-Made | 18,881 | 129,291 | 4.0 | 121.3 | 282,239 |
| Auto Liab | 51,761 | 126,287 | 3.9 | 61.0 | 103,232 |
| Physical | 46,258 | 112,872 | 3.5 | 63.1 | 29,933 |
| Auto Liab | 8,826 | 68,079 | 2.1 | 57.3 | 189,210 |
| ... | 69,594 | 224,499 | 7.0 | 64.5 | 498,158 |
| Total | 2,005,078 | 3,220,975 | 100.0 | 54.8 | 4,343,685 |

**2005 Direct Premium Writings by State ($000):** California, $240 (25.3%); New York, $203,279 (10.1%); Florida, $145,011 (7.2%); [Minnes]ota, $123,113 (6.1%); Texas, $99,491 (5.0%); 48 other jurisdictions, $927 (46.0%); Canada, $436 (0.0%); Aggregate Alien, $3,181 (0.2%).

### CAPITALIZATION

For a detailed discussion of capitalization, refer to the report of Fireman's Fund Insurance Companies.

### CAPITAL GENERATION ANALYSIS ($000)

Source of Surplus Growth

| Period Ending | Pretax Operating Income | Total Inv. Gains | Net Contrib. Capital | Other, Net of Tax | Change in PHS | PHS Growth (%) |
|---|---|---|---|---|---|---|
| 2001 | -432,717 | -838,939 | 1,152,582 | 263,584 | 144,510 | 8.0 |
| 2002 | -966,674 | -463,127 | 1,783,579 | -59,683 | 294,096 | 15.1 |
| 2003 | 107,039 | 305,321 | ... | 207,016 | 619,376 | 27.7 |
| 2004 | 241,305 | 114,507 | -404,452 | 119,880 | 71,240 | 2.5 |
| 2005 | 421,148 | 203,425 | -627,016 | -77,462 | -79,905 | -2.7 |
| 5-Yr | -629,897 | -678,812 | 1,904,693 | 453,334 | 1,049,317 | ... |

### HISTORY

This company began business in 1864 as the Home Mutual Insurance Company. The name was changed to Home Fire and Marine Insurance Company of California in December 1900 and was changed again on January 4, 1966, to the present form. Operations were suspended in 1906 and resumed early in 1918 with financial aid extended by interests identified with the previous management. The Western National Insurance Company was merged into this company on December 31, 1949.

The status of this company changed on January 4, 1966, when the former Fireman's Fund Insurance Company altered its corporate status to that of a holding company operating as Fireman's Fund Corporation. With this development the Home Fire and Marine Insurance Company of California adopted and preserved the title Fireman's Fund Insurance Company.

Under a reinsurance and reorganization agreement on January 1, 1964, the Home Fire and Marine Insurance Company of California reinsured and assumed all risks and liabilities under all policies and contracts outstanding and in force in the name of the Fireman's Fund. Paid up capital of $4,200,000 consists of 280,000 shares of Class A voting common stock at a par value of $15 per share. The company has 1,000,000 authorized shares.

### MANAGEMENT

On January 2, 1991, Allianz of America, Inc. a subsidiary of Allianz Aktiengesellschaft, Munich, Germany purchased from The Fund American Companies, Inc., all of the capital stock of Fireman's Fund Insurance Company (and thereby control of all its subsidiaries). Allianz AG is a more than a century old German insurer and reinsurer that operates on a worldwide basis through branch offices, subsidiaries and affiliated companies. Allianz Global Risks US Insurance Company (formerly Allianz Insurance Company), an indirect subsidiary of Allianz AG, now holds financial control of FFIC.

On June 28, 1991, both the Parkway Insurance Company (formerly Fireman's Fund Insurance Company of New Jersey) and Fireman's Fund Indemnity Corporation became wholly owned subsidiaries of Fireman's Fund Insurance Company.

On July 31, 1992, Southern Fund Insurance Corporation was sold to Southern Guaranty Insurance Company, a member of the Winterthur Swiss Group.

On December 1, 1995, both American Automobile Insurance Company (together with its subsidiary Associated Indemnity Corporation) and Fireman's Fund Insurance Company of Nebraska became wholly owned subsidiaries of Fireman's Fund Insurance Company. Administration of the Allianz affairs is under the direction of chairman of the board Michael Diekmann, who is a seasoned insurance executive with experience in both the United States and Germany.

**Officers:** Chairman of the Board, Jan R. Carendi; Chief Executive Officer, Charles M. Kavitsky; President and Chief Operating Officer, Joseph J. Beneducci; Executive Vice President and Chief Financial Officer, Jill E. Paterson; Executive Vice President, Peter Huehne; Senior Vice President, Secretary and General Counsel, Janet S. Kloenhamer; Senior Vice President and Treasurer, Linda E. Wright; Senior Vice President and Controller, Louise Jordan; Senior Vice Presidents, Gary C. Bhojwani, Gregory A. Castleman, David L. Conway, Robert H. Courtemanche, Earl C. Davis, Katheryn M. Fong, Bruce F. Friedberg, Lawrence T. Hannon, Jr., Michael J. Miller, Arthur E. Moossmann, Jr., Roger M. Nulton, Jr., James M. Pedersen, Darryl J. Siry, Paul M. Stachura, Juli M. Wall.

**Directors:** Joseph J. Beneducci, James R. Campbell, Jan R. Carendi, Peter Huehne, Charles M. Kavitsky, Robert W. MacDonald, Jill E. Paterson, Helmut Perlet, Mark Zesbaugh.

### REGULATORY

An examination of the financial condition was made as of December 31, 2003 by the Insurance Department of California. The 2005 annual independent audit of the company was conducted by KPMG, LLP. The annual statement of actuarial opinion is provided by David R. Heyman, Vice President and Actuary.

**Territory:** The company is licensed in the District of Columbia, Guam, Puerto Rico, U.S. Virgin Islands and all states.

BEST'S INSURANCE REPORTS—PROPERTY/CASUALTY

To view a company's complete **BEST'S COMPANY REPORT**, refer to **BEST'S INSURANCE REPORTS** on CD-ROM, or go online at www.ambest.com/bir

1555