

# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

16TH FLOOR   45 BROADWAY   NEW YORK, NY 10006-3792   212.509.9400   800.437.7040   212.509.9492 FAX   www.cozen.com

December 17, 2007

**VIA ECF**

**Robert W. Phelan**
Direct Phone (212) 908-1274
Direct Fax    (866) 850-7490
rphelan@cozen.com

The Honorable Charles L. Brieant
United States District Judge
United States Courthouse
300 Quarropas Street, Room 218
White Plains, New York 10601

Re:   Fireman's Fund Insurance Company as subrogee of Pasquale Pantone and Kathleen May Neal v. County Center Roofing Co., Inc.
      Civil Action No.:   07cv8846
      Our File No.:       204183

Dear Judge Brieant:

We represent Plaintiff, Fireman's Fund Insurance Company, in the above-referenced matter. We want to inform you that the parties have settled this matter and on December 17, 2007, I submitted a Notice of Voluntary Dismissal with the Orders and Judgments Clerk at the Southern District of New York.

Additionally, there is a court conference assigned in this matter for January 4, 2008. Obviously, there is no further need for judicial intervention. I have attached a copy of the "Notice of Voluntary Dismissal of All Claims Against Defendant County Center Roofing Company, Inc." for your reference.

December 17, 2007
Page 2

_____

      Thank you for your attention to this matter.

                                    Respectfully submitted,

                                    COZEN O'CONNOR

                                    By:  Robert W. Phelan

RWP/mab

NEWYORK_DOWNTOWN\275313\1 204183.000