**IN THE UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF NEW YORK**

FIREMAN'S FUND INSURANCE COMPANY, :
as subrogee of Pasquale Pantone and Kathleen :
May Neal                                                   : **CASE NUMBER: 07-cv-8846**
                                                                 :
                                       Plaintiff,            :
                                                                 : JURY TRIAL DEMANDED
                        v.                                  :
                                                                 :
COUNTY CENTER ROOFING CO., INC.  :

-----------------------------------------------------------------

**NOTICE OF VOLUNTARY DISMISSAL OF ALL CLAIMS**
**AGAINST DEFENDANT COUNTY CENTER ROOFING**
**COMPANY, INC.**

Pursuant to F.R.C.P. 41(a)(1), Plaintiff, Fireman's Fund Insurance Company,

herein stipulates that all claims against defendant, County Center Roofing Co., Inc., are

dismissed without prejudice.  Defendant has not served an Answer to plaintiff's Complaint or a

Motion for Summary Judgment.

COZEN O'CONNOR

By: _____
Robert W. Phelan, Esq. (RP-3825)
45 Broadway, Suite 1600
New York NY 10006
212-908-1274

**Dated: December** 17 **, 2007**

## CERTIFICATE OF SERVICE

I, Robert W. Phelan, served true and correct copies of plaintiff's Notice of

Dismissal of All Claims Against County Center Roofing Company, Inc. on the following party

by first class mail on December 17, 2007:

County Center Roofing Company, Inc.
137 Saw Mill River Drive
Elmsford, New York  10523

COZEN O'CONNOR

BY: _____

Robert W. Phelan, Esq.
45 Broadway, 16th Floor
New York, New York  10006

NEWYORK_DOWNTOWN\275308\1  204183.000