*Bryant, J.*

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FIREMAN'S FUND INSURANCE COMPANY, as subrogee of Pasquale Pantone and Kathleen May Neal<br><br>Plaintiff,<br><br>v.<br><br>COUNTY CENTER ROOFING CO., INC. | CASE No.: 07-cv-8846 (CLB)<br><br>JURY TRIAL DEMANDED |

## NOTICE OF VOLUNTARY DISMISSAL OF ALL CLAIMS AGAINST DEFENDANT COUNTY CENTER ROOFING COMPANY, INC. *& ord*

Pursuant to F.R.C.P. 41(a)(1), Plaintiff, Fireman's Fund Insurance Company, herein stipulates that all claims against defendant, County Center Roofing Co., Inc., are dismissed without prejudice. Defendant has not served an Answer to plaintiff's Complaint or a Motion for Summary Judgment.

COZEN O'CONNOR

By: _____
Robert W. Phelan, Esq. (RP-3825)
45 Broadway, Suite 1600
New York NY 10006
212-908-1274

Dated: December 17, 2007

So ORDERED:

_____
Chas L Bryant
U.S.D.J.

dated:

## CERTIFICATE OF SERVICE

I, Robert W. Phelan, served true and correct copies of plaintiff's Notice of Dismissal of All Claims Against County Center Roofing Company, Inc. on the following party by first class mail on December 17, 2007:

> County Center Roofing Company, Inc.
> 137 Saw Mill River Drive
> Elmsford, New York  10523

COZEN O'CONNOR

BY: _____
Robert W. Phelan, Esq.
45 Broadway, 16th Floor
New York, New York  10006

NEWYORK_DOWNTOWN\275308\1  204183.000